# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KIANA ROYLES,<br>     Plaintiff, | Case No. 1:22-cv-260<br>McFarland, J.<br>Litkovitz, M.J. |
| vs. | |
| TRIHEALTH, INC., et al.,<br>     Defendants. | **ORDER** |

This matter came before the Court on Friday, September 29, 2023 for an informal telephone discovery conference. As addressed at the conference, counsel for plaintiff is **ORDERED** to share a copy of the authorization form concerning the records from Blue Skyy Therapeutic Services ("Blue Skyy) with counsel for defendant. Counsel for plaintiff is further **ORDERED** to verify whether Blue Skyy requires a subpoena and send a subpoena to Blue Skyy along with the authorization form, if necessary. Once counsel for plaintiff receives the records from Blue Skyy, counsel for plaintiff **SHALL** provide these records to counsel for defendant.

By agreement of the parties, and with the consent of the Court, the dispositive motion deadline is hereby **STAYED** pending the resolution of the discovery dispute. This matter is set for a follow-up telephone status conference on **Monday, October 30, 2023 at 3:00 p.m.**

  **IT IS SO ORDERED.**

Date: 9/29/2023

Karen L. Litkovitz
Chief United States Magistrate Judge