**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

KIANA ROYLES,                                    Case No. 1:22-cv-260
    Plaintiff,                               McFarland, J.
                                                 Litkovitz, M.J.
    vs.

TRIHEALTH, INC., et al.,                         **ORDER**
    Defendants.

This matter came before the Court on Friday, December 1, 2023 for a telephone status conference.  As addressed at the conference, counsel for plaintiff is permitted to conduct additional discovery on plaintiff's receipt of primary medical care and recently disclosed medication.  The Court **LIFTS** the stay previously entered by the Court on September 29, 2023 (Doc. 22), and at the request of the parties and by agreement of the Court, the Calendar Order is **MODIFIED**, and the case shall proceed as follows:

1. Dispositive Motion Deadline: **December 31, 2023**

**IT IS SO ORDERED.**

Date: 12/1/2023

Karen L. Litkovitz
Chief United States Magistrate Judge