IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| KIANA ROYLES, | : | Case No. 1:22-cv-260 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| TRIHEALTH, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Defendants' Motion for Summary Judgment (Doc. 31) is GRANTED;
2. Defendants' Motion to Strike (Doc. 34) is DENIED;
3. Summary Judgment is ENTERED in favor of Defendants on all of Plaintiff's claims; and
4. This case is TERMINATED from the Court's docket.

Dated:  August 22, 2024.                           Richard W. Nagel, Clerk of Court
                                                   By: */s/ Kellie A. Fields*
                                                        Deputy Clerk